■ PEOPLE ex rel. RICHARD GRAHAM, Appellant, v WALTER KELLY et al., Respondents.—Motion to reinstate appeal dismissed. Memorandum: The motion to reinstate the appeal is unnecessary. Although we had dismissed the appeal taken to the Appellate Division based on the stipulation of the parties, the appeal is now properly before us by reason of the subsequent transfer by the Court of Appeals of the appeal taken directly to that court. Present—Callahan, J. P., Denman, Boomer, Green and Lawton, JJ.

■ 75 SOUTH CENTRAL AVENUE ASSOCIATES, INC., Appellant, v ROSANA CLAVIN et al., Constituting the Board of Trustees of the Incorporated Village of Valley Stream, et al., Respondents.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Lockman, J. (Appeal from order of Supreme Court, Nassau County, Lockman, J.—summary judgment.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ MARION WALLACE, Individually and as Executrix of ROGER WALLACE, Deceased, Appellant, v BOOTH MEMORIAL HOSPITAL, Defendant and WILLIAM E. MORSE, Respondent.— Judgment unanimously affirmed with costs. Memorandum: Although counsel improperly appealed to the jury's sympathy in his comments on summation that an unfavorable verdict would brand defendant as a killer and destroy his life, these isolated remarks did not deprive plaintiff of a fair trial *(see, Moore v Town of Huntington,* 39 AD2d 764; *Weinstein v Prostkoff,* 13 AD2d 539). We reject plaintiff's argument that defense counsel's direct examination of expert witness Dr. Joseph Buda was leading or suggestive. Plaintiff's remaining contentions, that defense counsel made prejudicial comments regarding decedent's alcoholism during summation and that the trial court erred in permitting Dr. Buda to provide cumulative evidence, have not been preserved for our review. (Appeal from judgment of Supreme Court, Queens County, Durante, J.—wrongful death.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.